GSMS 2015-GC34 Commerce Ct., LLC v Calamar Constr. Mgt., Inc. (2025 NY Slip Op 00771)

GSMS 2015-GC34 Commerce Ct., LLC v Calamar Constr. Mgt., Inc.

2025 NY Slip Op 00771

Decided on February 7, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, DELCONTE, AND HANNAH, JJ.

920 CA 24-00298

[*1]GSMS 2015-GC34 COMMERCE COURT, LLC, PLAINTIFF-RESPONDENT-APPELLANT,
v
CALAMAR CONSTRUCTION MANAGEMENT, INC., DEFENDANT-APPELLANT-RESPONDENT. (APPEAL NO. 2.) 

HODGSON RUSS LLP, NEW YORK CITY (CARMINE J. CASTELLANO OF COUNSEL), FOR DEFENDANT-APPELLANT-RESPONDENT.
MCCARTER & ENGLISH, LLP, NEW YORK CITY (GREGORY J. MASCITTI OF COUNSEL), FOR PLAINTIFF-RESPONDENT-APPELLANT.

 Appeal and cross-appeal from an order of the Supreme Court, Niagara County (Edward Pace, J.), entered August 31, 2023. The order, among other things, granted defendant's motion for, inter alia, a stay pending appeal. 
It is hereby ORDERED that said appeal and cross-appeal are unanimously dismissed without costs.
Same memorandum as in GSMS 2015-GC34 Commerce Ct., LLC v Calamar Constr. Mgt., Inc. ([appeal No. 1] — AD3d — [Feb. 7, 2025] [4th Dept 2025]).
Entered: February 7, 2025
Ann Dillon Flynn
Clerk of the Court